IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEAN JOHNSON, )<br>        Plaintiff(s), )<br>  vs. )<br>PRESIDENT OF THE UNITED )<br>STATES OF AMERICA, et al., )<br>        Defendant(s). )<br>                                      ) | No. C 06-4572 CRB (PR)<br><br>ORDER OF DISMISSAL |

       Plaintiff, a prisoner at California State Prison, Los Angeles County, has filed a pro se complaint under 42 U.S.C. § 1983 seeking $ 5,000,000,000,000 from the "President of the United States of America," various federal and state officials, and numerous private individuals, including "all male & female movie star actors" and "all male & female country singers." The complaint is incomprehensible; at best, it appears that plaintiff is seeking damages because the defendants have conspired to "rape" his "anus and buttocks with some kind of hot heat."

       Plaintiff's incomprehensible complaint is DISMISSED as frivolous because it is without an arguable basis in law. See Jackson v. Arizona, 885 F.2d 639, 641 (9th Cir. 1989).

       The clerk shall close the file and terminate all pending motions as moot. No fee is due.

SO ORDERED.

DATED: Aug.1 7, 2006

CHARLES R. BREYER
United States District Judge